IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GLEN T DOTSON** **PLAINTIFF**
Reg #33121-044

v.   CASE NO. 2:21-CV-00147-BSM

**FEDERAL BUREARU OF PRISONS,** *et al.*   **DEFENDANTS**

## ORDER

Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 10] is rejected and Glen Dotson's motions to strike and to extend time [Doc. Nos. 11-12] are denied as moot because Dotson has now filed his complaint [Doc. No. 17]. The case is remanded to Judge Kearney.

IT IS SO ORDERED this 17th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE