IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GLEN T DOTSON**                                                                              **PLAINTIFF**
Reg. No. 33121-044

v.                            CASE NO. 2:21-CV-00147-BSM

**FEDERAL BUREAU OF PRISONS**, *et al*,                              **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 21] are adopted. Glen Dotson's motion for emergency injunction [Doc. No. 2] is denied, and his amended complaint [Doc. No. 17] is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE