IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**GLEN T DOTSON**                                                                                       **PLAINTIFF**
**Reg. No. 33121-044**

v.                                    **CASE NO. 2:21-CV-00147-BSM**

**FEDERAL BUREAU OF PRISONS,** *et al,*                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE